# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joanne Lee Rocha, | Civil No. 11-CV-1058 (JNE/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Bank of America, | |
| Defendant. | |

Joanne Lee Rocha, *pro se*, 1483 W. Larpenteur Ave., #2, Falcon Heights, MN 55113.

Sparrowleaf Dilts McGregor, Esq., Fulbright & Jaworski LLP, 80 South 8th Street, Suite 2100, Minneapolis, MN 55402, for Defendant

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff Rocha's Motion for Default Judgment [Doc. No. 4] is **DENIED**; and

2. Defendant Bank of America's Motion to Dismiss Plaintiff's Complaint [Doc. No. 12] is **GRANTED**.

Dated: 12-1-2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

.